United States District Court
Southern District of Texas
**ENTERED**
March 14, 2017
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

## GALVESTON DIVISION

| | | |
|---|---|---|
| SHAWN MCMURRAY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. G-16-017 |
| | § | |
| CAROLYN W. COLVIN, Commissioner | § | |
| of the Social Security Administration, | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

For the reasons stated in this Court's Opinion and Order entered on the same date herewith,

this action is **DISMISSED** with prejudice.

**THIS IS A FINAL JUDGMENT**.

DONE at Galveston, Texas, this _____14th_____ day of March, 2017.

_____

John R. Froeschner
United States Magistrate Judge